MANNING v. TRIPP

[332 N.C. 341 (1992)]

JOHN HARRELL MANNING AND NANNIE MAE MANNING v. BILLY RAY TRIPP

No. 9A92

(Filed 4 September 1992)

ON appeal and discretionary review from the decision of a divided panel of the Court of Appeals, 104 N.C. App. 601, 410 S.E.2d 401 (1991), affirming the judgment of *Hobgood, J.*, at the 29 October 1990 Civil Session of Superior Court, LENOIR County. Heard in the Supreme Court 13 April 1992.

*Gillespie & Murphy, P.A., by J. Allen Murphy, for plaintiff-appellee Nannie Mae Manning.*

*Battle, Winslow, Scott & Wiley, P.A., by Marshall A. Gallop, Jr., and M. Greg Crumpler, for appellant Nationwide Mutual Insurance Company.*

FRYE, Justice.

For the reasons stated in this Court's decision in *Harris v. Nationwide Mut. Ins. Co.*, 332 N.C. 184, 420 S.E.2d 124 (1992), the decision of the Court of Appeals is affirmed.

Affirmed.

Justice MEYER dissenting.

I dissent for the reasons stated in my dissenting opinion in *Harris v. Nationwide Mut. Ins. Co.*, 332 N.C. 184, 195, 420 S.E.2d 124, 131 (1992).

Justice LAKE joins in this dissenting opinion.